Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER COLLINS,** | ) Case No. 2:16-cv-06635-SVW-FFM |
| Plaintiff, | ) **JOINT MOTION AND** |
| vs. | ) **STIPULATION TO DISMISS** |
| | ) **ENTIRE ACTION WITH** |
| **MIDLAND FUNDING LLC,** | ) **PREJUDICE** |
| Defendant. | ) |

NOW COME THE PARTIES, Plaintiff Peter Collins and Defendant Midland Funding, LLC, by and through their attorneys, to respectfully move this Honorable Court to dismiss this matter in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 19th day of October, 2016

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

By: s/Mei-Ying M Imanaka, Esq.
MEI-YING M. IMANAKA
Attorney for Defendant

P:01076845-2:87026.134     Joint Motion and Stipulation to Dismiss Entire Action with Prejudice- 1

1  Filed electronically on this 19th day of October, 2016, with:

2  United States District Court CM/ECF system

3

4  Notification sent electronically via the Court's ECF system to:

5  Honorable Stephen V. Wilson
   United States District Court
6  Central District of California

7

8  Thomas F Landers , Jr
   Solomon Ward Seidenwurm and Smith LLP
9

10 Mei-Ying M Imanaka
   Solomon Ward Seidenwurm & Smith LLP
11

12

13 This 19th day of October, 2016.
   s/Todd M. Friedman
14 TODD M. FRIEDMAN